UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:24-CR-00102(3)-ADA |
| | § | |
| (3) CHRISTOPHER EARL WRIGHT | § | |

**ORDER**

      On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed January 14, 2025, wherein the defendant (3) CHRISTOPHER EARL WRIGHT waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (3) CHRISTOPHER EARL WRIGHT to the Report and Recommendation, the Court enters the following order:

      **IT IS THEREFORE ORDERED** that the defendant (3) CHRISTOPHER EARL WRIGHT"s plea of guilty to Count One (1) is accepted.

      Signed this 30th day of January, 2025.

                                                                                  ALAN D ALBRIGHT
                                                                                   UNITED STATES DISTRICT JUDGE